MURIEL'S DRESS, INC. v. ELECTRO–
PROTECTIVE CORPORATION.

March 25, 1986.

Petition for certification denied.

LINDA BALINTH AND STEVE BALINTH v.
JOHN A. SARNO, M.D.

March 25, 1986.

Petition for certification denied.

SUPERMARKETS GENERAL CORPORATION AND SANFORD
NALITT AND ORIOLE REALTY CORPORATION v. THE PLAN-
NING BOARD OF THE BOROUGH OF SOUTH PLAINFIELD
AND THE GREAT ATLANTIC AND PACIFIC TEA COMPANY,
INC., ET AL.

March 25, 1986.

Petition for certification denied.